# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE AURYXIA (FERRIC CITRATE) PATENT LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL Docket No. 19-md-2896-LPS

*This document relates to the only remaining action, C.A. No. 19-1445-LPS.*

**PUBLIC VERSION**

## JOINT STATUS REPORT

| | |
|---|---|
| Jack B. Blumenfeld (#1014) <br> Anthony D. Raucci (#5948) <br> MORRIS NICHOLS ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Tel: (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> araucci@morrisnichols.com | David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs Keryx Biopharmaceuticals, Inc., Panion & BF Biotech, Inc., and Chen Hsing Hsu* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |

Dated: July 9, 2021
7292494/49420

Public Version Dated: June 16, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE AURYXIA (FERRIC CITRATE) PATENT LITIGATION | MDL Docket No. 19-md-2896-LPS <br><br> *This document relates to the only remaining action, C.A. No. 19-1445-LPS.* <br><br> **PUBLIC VERSION** |

## JOINT STATUS REPORT

Pursuant to Paragraph 17(b) of the Scheduling Order (D.I. 29, *as modified by* D.I. 179, D.I. 260) and Paragraph 2 of the Court's Order vacating deadlines for the *MPI* action (D.I. 267 and further to the joint status reports submitted May 7, 2021 (D.I. 282) and June 18, 2021 (D.I. 216), Plaintiffs Keryx Biopharmaceuticals, Inc., Panion & BF Biotech, Inc., and Chen Hsing Hsu (collectively, "Plaintiffs") and Defendant Mylan Pharmaceuticals Inc. ("MPI") submit this joint status report.

On May 21, 2021, the Court approved the parties' proposed process for termination of this MDL and remand of the MPI action (D.I. 284), which provided, among other things, that this action shall remain in this District until MPI either confirms the acceptability of the API samples that it has already produced to Plaintiffs or until MPI produces new API samples to Plaintiffs and confirms their acceptability (D.I. 282, § II).

MPI has not yet ████████████████ the additional API it has already produced to Plaintiffs ████████████████████ due to an unforeseen delay related to testing equipment. ████████████████████████████████████████████
████████████████████████

– 2 –

The parties will provide an additional joint status report to the Court by August 6, 2021.

\*     \*     \*

The parties thank the Court for its continued attention to this matter and are available to discuss any of the issues above at the Court's convenience.

Dated: July 9, 2021
Public Version Dated: July 16, 2021

| MORRIS NICHOLS ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Anthony D. Raucci* | */s/ Bindu A. Palapura* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Anthony D. Raucci (#5948) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Tel: (302) 658-9200 | Tel: (302) 984-6000 |
| jblumenfeld@morrisnichols.com | dmoore@potteranderson.com |
| araucci@morrisnichols.com | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs Keryx Biopharmaceuticals, Inc., Panion & BF Biotech, Inc., and Chen Hsing Hsu* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |